UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-09001 SJO (AGRx) | Date | May 2, 2019 |
|---|---|---|---|
| Title | Carmen John Perri v. Binh Dan Restaurant et al | | |

| Present: The Honorable | JAMES OTERO, Judge presiding |
|---|---|

| Victor Cruz | Not Present | |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   IN CHAMBERS :

The Court has reviewed the Notice of Settlement [ECF No. 39] filed 05/01/2019, indicating that the parties have reached a settlement of the above-captioned matter as to all parties. Accordingly, the Court sets an Order to Show re Dismissal hearing on Monday, June 17, 2019 @ 8:30 a.m.  The parties shall file a joint status report by June 3, 2019. If the parties file the appropriate dismissal pursuant to F.R.C.P. 41 prior to this hearing date, all hearings will be vacated.

All other matters set shall remain.

|  | : |
|---|---|
| Initials of Preparer | vpc |