JS-6

1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN JOHN PERRI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BINH DAN RESTAURANT, a business of unknown form; DIEM DOAN NGUYEN, a married woman, as her sole and separate property; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-09001-SJO-AGRx<br><br>[PROPOSED] ORDER DISMISSAL WITH PREJUDICE |

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Carmen John Perri ("Plaintiff") and Binh Dan Restaurant and Diem Doan Nguyen ("Defendants"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: June 14, 2019

*S. James Otero*
_____
UNITED STATES DISTRICT COURT JUDGE